Order entered August 28, 2020



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00770-CR

## EX PARTE KEITH TEHDAI CHITSAKA

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82291-2019**

## ORDER

Appellant has filed a notice of appeal seeking review of the trial court's denial of his post-conviction application for writ of habeas corpus. This is an accelerated appeal governed by Texas Rule of Appellate Procedure 31.

We **ORDER** the trial court to prepare a certification of appellant's right to appeal and to file it with the clerk's record.

We **ORDER** the Collin County District Clerk to file the clerk's record by September 18, 2020. We **ORDER** that the clerk's record contain copies of the writ application; the State's response to the writ application, if any; the trial court's order adjudicating the writ application; any findings of fact and conclusions

of law issued by the trial court; the judgment in the underlying case; any other documents, pleadings, or motions related to the writ application; the trial court's certification of appellant's right to appeal; and any other documents requested by the parties.

We **ORDER** the court reporter to file, by September 18, 2020, the reporter's record of the hearing on the writ application, written verification that no hearing was conducted, or a letter indicating why no reporter's record has been filed.

Appellant's brief shall be due thirty days after the record is filed, and the State's brief shall be due thirty days after appellant's brief is filed. *See* TEX. R. APP. P. 31.1(a). After the record and briefs have been filed, the Court will notify the parties of the submission date and panel.

We **DIRECT** the Clerk to send copies of this order to the Honorable Tom Nowak, Presiding Judge, 366th Judicial District Court; Antoinette Varela, official court reporter, 366th Judicial District Court; Lynne Finley, Collin County District Clerk; and counsel for all parties.

/s/    BILL PEDERSEN, III
       JUSTICE